**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:18-cv-22517-KMW

RENZO BARBERI,

    Plaintiff,

vs.

BEATRIMA CORP., a Florida Profit Corporation, d/b/a Shop Mart,

    Defendant.

_____/

## VERIFIED CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

COMES NOW, counsel for Plaintiff, Ronald E. Stern, Esquire, and hereby files this response to the Order Requiring Verified Certificate of Counsel Regarding Any Prior Filings Under The Americans With Disabilities Act [DE 5], and states as follows:

1. Counsel, in good faith and to the best of his ability, has conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether the Defendant, BEATRIMA CORP., d/b/a Shop Mart ("Defendant") or the Defendant's property have ever been sued prior to the filing of this suit for alleged violations for the same, similar, or any violations of the Americans with Disabilities Act ("ADA").

2. The results of the search concluded that this Subject Facility and Defendant has not been sued for ADA violations.

3. The results of the ADA search conducted by Plaintiff's counsel indicated that the Defendant has not been previously sued for ADA violations for the same, similar, or

any violations of the ADA at the location 595 HIALEAH DR., HIALEAH, FL 33010.

4. To the best of the undersigned's knowledge, the Defendant has not been previously sued for any alleged ADA violations in the United States District Court for the Southern District of Florida.

Respectfully submitted,

By: S/Ronald E. Stern
    Ronald E. Stern, Esq.
    Florida Bar No. 10089
    THE ADVOCACY LAW FIRM, P.A.
    1250 East Hallandale Beach Blvd.
    Suite 503
    Hallandale Beach, Florida 33009
    Telephone:   (954) 639-7016
    Facsimile:    (954) 639-7198
    Attorney for Plaintiff, RENZO BARBERI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-22517-KMW

RENZO BARBERI,

      Plaintiff,

      vs.

BEATRIMA CORP., a Florida Profit Corporation, d/b/a Shop Mart,

      Defendant.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this June 28, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: S/Ronald E. Stern
          Ronald E. Stern, Esq.
          Florida Bar No. 10089
          THE ADVOCACY LAW FIRM, P.A.
          1250 East Hallandale Beach Blvd.
          Suite 503
          Hallandale Beach, Florida 33009
          Telephone:   (954) 639-7016
          Facsimile:    (954) 639-7198
          Attorney for Plaintiff, RENZO BARBERI

## **SERVICE LIST:**

RENZO BARBERI, Plaintiff, vs. BEATRIMA CORP., a Florida Profit Corporation, d/b/a Shop Mart

United States District Court Southern District Of Florida

CASE NO. 1:18-cv-22517-KMW

**BEATRIMA CORP., d/b/a Shop Mart**

**REGISTERED AGENT:**

ALBARGHOUTHI, HASSAN
595 HIALEAH DRIVE
HIALEAH, FL 33010


**VIA U.S. MAIL**